UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SCANA CORPORATION, DOMINION ENERGY SOUTH CAROLINA, INC. (f/k/a SOUTH CAROLINA ELECTRIC & GAS COMPANY), KEVIN B. MARSH; and STEPHEN A. BYRNE,<br><br>Defendants. | Civ. Action No. 3:20-cv-882-MGL<br><br>**NOTICE OF MOTION AND CONSENT MOTION FOR EXTENSION OF TIME** |

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Rule 6.01 of the Local Civil Rules for the U.S. District Court for the District of South Carolina ("Local Civil Rules"), Defendants SCANA Corporation, Dominion Energy South Carolina, Inc., Kevin B. Marsh, and Stephen A. Byrne, with the consent of counsel for Plaintiff United States Securities and Exchange Commission, hereby move the Court for an order extending the time within which Defendants must respond to Plaintiff's Complaint (ECF No. 1), and, in support thereof, respectfully state the following:

1. Defendants' current deadlines to respond to the Complaint are May 1, 2020 for Defendants SCANA Corporation, Dominion Energy South Carolina, Inc., and Mr. Byrne, and May 5, 2020 for Mr. Marsh.  These deadlines have not been extended previously at the request of the parties.

2. On March 16, 2020, in response to the COVID-19 pandemic, Chief U.S. District Judge R. Bryan Harwell issued a Standing Order in Misc. No. 3:20-mc-105 (the "Standing Order"), extending deadlines in all civil cases by 21 days.

3. Defendants respectfully request the Court issue an order further extending Defendants' deadline to respond to the Complaint to July 1, 2020.

4. This extension is being sought in good faith for a proper purpose and is not intended to unduly or unnecessarily delay these proceedings.  Specifically, this extension is necessary and appropriate given the complexity of the allegations and issues presented by Plaintiffs' lengthy Complaint and the limitations on Defendants and their counsel as a result of the COVID-19 pandemic.

5. In accordance with Local Civil Rule 7.04, a full explanation of the motion is contained within this motion and a memorandum will serve no useful purpose.  This extension would not affect other deadlines.

6. In accordance with Local Civil Rule 7.02, Defendants have conferred with counsel for Plaintiff prior to the filing of this Motion and Plaintiff consents to this extension.

**WHEREFORE**, Defendants move that this Court grant this Consent Motion and enter an Order providing that the time for Defendants to respond to the Complaint is extended through and including July 1, 2020.

Respectfully submitted,

**We So Move:**

*s/ James M. Griffin*
James M. Griffin, Fed ID 1053
Margaret N. Fox, Fed ID 10576
GRIFFIN DAVIS LAW
4408 Forest Drive, Suite 300 (29206)
PO Box 999
Columbia, SC 29202
Tel: (803) 744-0800

jgriffin@griffindavislaw.com
mfox@griffindavislaw.com

Matthew T. Martens (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Tel: 202-663-6000
matthew.martens@wilmerhale.com

Timothy J. Perla (*pro hac vice* forthcoming)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: 617-526-6000
timothy.perla@wilmerhale.com

*Attorneys for Defendant Stephen A. Byrne*


s/ Mark C. Moore
Mark C. Moore
William W. Wilkins
Sara S. Svedberg
Konstantine P. Diamaduros
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC 29202
Tel: 803.540.2146
Fax: 803.727.1458
mmoore@nexsenpruet.com
bwilkins@nexsenpruet.com
ssvedberg@nexsenpruet.com
kdiamaduros@nexsenpruet.com

Brian E, Pumphrey (*pro hac vice* forthcoming)
Brian Schmalzbach (*pro hac vice* forthcoming)
Benjamin L. Hatch (*pro hac vice* forthcoming)
Louis D. Greenstein (*pro hac vice* forthcoming)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Tel: 804.775.7745

Fax: 804.698.2018
bpumphrey@mcguirewoods.com
bschmalzbach@mcguirewoods.com
bhatch@mcguirewoods.com
lgreenstein@mcguirewoods.com

*Attorneys for Defendants SCANA Corporation and Dominion Energy South Carolina, Inc.*

s/ Derk Van Raalte
Derk Van Raalte
Brady Hair
2500 City Hall Lane
P.O. Box 61896
North Charleston, SC 29419
Tel: 843-572-8700
Fax: 843-745-1082
brady@bradyhair.com
derk@bradyhair.com

Anne M. Tompkins  (*pro hac vice* forthcoming)
Jonathan M. Watkins  (*pro hac vice* forthcoming)
Aaron C. Lang  (*pro hac vice* forthcoming)
CADWALADER WICKERSHAM
& TAFT LLP
227 West Trade St.
Charlotte, NC 28202
Tel.: 704-348-5100
Fax: 704-348-5200
anne.tompkins@cwt.com
jonathan.watkins@cwt.com
aaron.lang@cwt.com

Kyle M. DeYoung (*pro hac vice* forthcoming)
CADWALADER WICKERSHAM
& TAFT LLP
700 6th Street
Washington, DC 20001
Tel.: 202-862-2200
Fax: 202-862-2400
kyle.deyoung@cwt.com

*Attorneys for Defendant Kevin B. Marsh*

**We So Consent:**

<u>s/ Beth C. Warren</u>
James Leventis (#9406)
Beth C. Warren (#11360)
Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone (803) 929-3037
E-mail: beth.c.warren@usdoj.gov

M. Graham Loomis
Harry B. Roback
John O'Halloran
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326
(404) 942-0690 (Roback)
robackh@sec.gov

*Attorneys for Plaintiff*

March 24, 2020

Columbia, SC